UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ESMERDY R. GOMEZ,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------x

**ORDER OF SERVICE**
**SCHEDULING ORDER**

21 Civ. 1426 (ER)(GWG)

## ORDER OF SERVICE AND SCHEDULING ORDER

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      IT IS HEREBY ORDERED that:

      1. The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought under 42 U.S.C. § 405(g), for which the filing fee has been waived.

      2. On or before July 22, 2021, the Commissioner shall file the administrative record <u>and</u> a motion for judgment on the pleadings. The Commissioner shall not file the administrative record until the motion for judgment on the pleadings is filed. At the time the Commissioner files the motion, the Commissioner shall send to Chambers a disk containing the administrative record in this case and a paper copy of the Commissioner's motion papers.

      3. On or before September 22, 2021, plaintiff shall serve and file papers opposing the motion. If plaintiff believes that the Commissioner has not accurately summarized the administrative record, the plaintiff shall list any errors or omissions in the opposition papers. The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

      4. On or before October 13, 2021, the Commissioner may serve and file a memorandum of law in reply.

      5. The Court does not have any limitations on the number of pages for memoranda of law.

      6. The Clerk shall notify the U.S. Attorney's Office as stated in paragraph 1 above and shall also mail a copy of this Order to the plaintiff at the address on the docket sheet.

SO ORDERED.

Dated: New York, New York
February 22, 2021

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge