

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

July 19, 2021

BY ECF

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSEMENT**

Re:  Esmerdy R. Gomez v. Comm'r of Soc. Sec.
     21 Civ. 1426 (ER) (GWG)

Dear Judge Gorenstein:

      Pursuant to the Court's February 22, 2021 order in the above-referenced Social Security case, the administrative record and the defendant's brief are due on July 22, 2021. We write respectfully to request that the date for those filings, and the remaining briefing schedule, be adjourned for 60 days as follows:

      Administrative Record and Defendant's Brief by September 20, 2021
      Plaintiff's Response by November 19, 2021
      Defendant's Reply, if any, by December 10, 2021.

The reason for this request is that the U.S. Attorney's Office received the record recently, and needs more time to consult with the Social Security Administration regarding this case, and to prepare a brief if appropriate.

      We have attempted to obtain the consent of plaintiff, who is proceeding *pro se*, to this proposed adjournment, but she did not respond to attempts to reach her by telephone on July 14 and 15, 2021. No prior adjournment has been requested in this case.

We appreciate the Court's consideration of this request.

> Respectfully,
>
> AUDREY STRAUSS
> United States Attorney
>
> By:   s/ *Susan D. Baird*
> SUSAN D. BAIRD
> Assistant United States Attorney
> tel. (212) 637-2713
> Susan.Baird@usdoj.gov

cc:   BY MAIL (no fax or email available)

Esmerdy R. Gomez
1413 Fulton Avenue, Apt. 5E
Bronx, NY 10456

**The proposed schedule is approved.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 20, 2021

**COPY MAILED TO PLAINTIFF BY CHAMBERS**