UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESMERDY R. GOMEZ                                       :

                                                                       :       <u>ORDER</u>
                       Plaintiffs,                          21 Civ. 1426 (ER) (GWG)
                                                           :

   -v.-
                                                                       :
COMMISSIONER OF SOCIAL SECURITY
                                                                       :

                     Defendants.                         :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

   It appears that the Government has offered to remand this case for further administrative proceedings. On or before November 11, 2021, plaintiff is directed to telephone the government representative on this case, Dianna Martinez, at (212) 637-2765, during business hours to discuss the offer to remand. If there is no answer, plaintiff should leave a voicemail message and a number where she can be called back.

   In addition, on or before November 18, 2021, plaintiff shall file a letter with the Court that states her position on whether the case should be remanded for further administrative proceedings. If she opposes the remand, she should state the reason she opposes it.

   The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

   The Government is directed to mail or deliver a copy of this order to the plaintiff and to file proof of such service forthwith.

SO ORDERED.

Dated: October 20, 2021
       New York, New York

                                                       _____
                                                       GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge